**Allan J. Opsitnick, Esquire**
1301 Manor Building
564 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412.391.3299
Facsimile: 412.391.7310
E-mail: Opsitnickslaw@comcast.net

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF ALAKSA

| | |
|---|---|
| **WILLIAM R. HAJEK** | Case No.: |
| Plaintiff | |
| vs | |
| **SEA GALLEY RESTAURANT and PEPPER MILL, LLC and GILLIGAN'S, LLC** | |
| Defendants | |
| | **COMPLAINT IN CIVIL ACTION** |
| **JURY TRIAL DEMANDED** | |

Allan J. Opsitnick, Esquire
1301 Manor Building
564 Forbes Avenue
Pittsburgh, PA 15219
Telephone: 412.391.3299
Facsimile: 412.391.7310
E-mail: Opsitnickslaw@comcast.net

# UNITED STATES DISTRICT COURT

## DISTRICT COURT OF ALAKSA

**WILLIAM R. HAJEK**               Case No.:

        Plaintiff

vs

**SEA GALLEY RESTAURANT and**
**PEPPER MILL, LLC and**
    **GILLIGAN'S, LLC**

        Defendants

### COMPLAINT IN CIVIL ACTION

    **AND NOW** comes Plaintiff, William R. Hajek (Hajek) by his Attorney Allan J. Opsitnick and brings the within Civil Complaint, for negligence and causally related injuries and damages against Defendants, Sea Galley Restaurant, Pepper Mill, LLC and Gilligan's, LLC (Sea Galley) and in support thereof states the following:

I.  **STATEMENT OF JURISDICTION**

   1. Hajek is a citizen of the Commonwealth of Pennsylvania with his residence at 436 Eden Drive, Monroeville, Allegheny County, PA 15146.
   2. Sea Galley Restaurant, Pepper Mill, LLC, and Gilligan's, LLC are business entities and are legal citizens of Alaska with their principal place of business at 4101 Credit Union Drive, Anchorage, AK 99503.
   3. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

II.  **PARTIES**

   1. Plaintiff is William R. Hajek an adult individual whose residence is 436 Eden Drive, Monroeville, Allegheny County and Commonwealth of Pennsylvania.
   2. Defendant Sea Galley Restaurant is a business entity with its principal place of business at 4101 Credit Union Drive, Anchorage.
   3. Defendant Pepper Mill, LLC is a business entity with its principal place of business at 4101 Credit Union Drive, Anchorage, Alaska.
   4. Defendant Gilligan's, LLC is a business entity with its principal place of business at 4101 Credit Union Drive, Anchorage, Alaska.

III.  **FACTS**

   1. On August 14, 2008 at 4101 Credit Union Drive, Anchorage, Alaska, Sea Galley negligently maintained and controlled its premises causing Hajek, who was a customer at the time, to fall, seriously injuring himself and causing significant damages.
   2. More specifically Hajek fell in an aisle/step area in a customer walkway in Sea Galley.

3. Sea Galley, themselves, and by their agents, servants, employees and contractors are liable for their negligent and otherwise tortious conduct which was the sole, direct and proximate cause of the injuries and damages sustained by Hajek.

4. More specifically Sea Galley's negligence/tortious conduct is as follows:

   a. Failure to properly light a customer walkway;

   b. Failing to properly regularly clean and inspect said area;

   c. Failing to use appropriate floor covering on said area;

   d. Failing to provide a safe walkway in said area;

   e. Failing to provide appropriate signage, hand rails and other similar appliances in said area;

   f. Failing to provide a safe access to a salad bar;

   g. In permitting code and/or other regulatory violations.

5. As a result of the above stated negligent/tortious conduct of Sea Galley, Hajek sustained the following serious injuries, some of which are permanent:

   a. Complete disruption of both quadriceps tendons, with large gaps, requiring surgery;

   b. Unable to walk requiring assistance to stand;

   c. Unable to straighten legs;

   d. Scarring, contusions and abrasions;

   e. Shock, pain, suffering, inconvenience and humiliation;

f. Inability to properly and comfortably return to his home;

g. Severe limitation on household activities and duties and leisure activities;

6. As a result of the above stated negligent/tortious conduct, Hajek sustained the following damages as a sole, proximate and legal result of Sea Galley as stated above:

    a. He has in the past and will in the future incur medical expenses;

    b. Loss of income.

**THEREFORE**, Plaintiff demands judgments against Defendants in an amount exceeding Seventy Five Thousand Dollars ($75,000.00) plus costs and interest.

Respectfully submitted,

_____
Allan J. Opsitnick, Esquire
Attorney for Plaintiff
PA I.D. 28126
1301 Manor Building
564 Forbes Avenue
Pittsburgh, PA 15219
412.391.3299

**JURY TRIAL DEMANDED**

4