Kenneth M. Gutsch - ABA # 8811186
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
kgutsch@richmondquinn.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| WILLIAM R. HAJEK,<br><br>          Plaintiff,<br><br>v.<br><br>SEA GALLEY RESTAURANT and PEPPER MILL, LLC and GILLIGAN'S, LLC,<br><br>          Defendants. | Case No. 3:10-cv-00185-DMS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW plaintiff and defendant, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41, stipulate to the dismissal of the above-captioned case with prejudice, each side to bear its own costs and attorney fees.

LAW OFFICE OF ALLEN OPSITNICK
Attorney for Plaintiff

DATED: 12.24.11    By: /s/ Allan J. Opsitnick
                                          Allan J. Opsitnick

RICHMOND & QUINN
Attorneys for Defendant

DATE: 1-3-12    By: /s/ Kenneth M. Gutsch
                                        Kenneth M. Gutsch
                                        Alaska Bar No. 8811186

I:\108\572\PLD\Stipulation for Dismissal w-Prejudice